In the Matter of LEVEL 3 COMMUNICATIONS, LLC, Appellant, v ESSEX COUNTY, Respondent, et al., Respondents.

Submitted November 30, 2015; decided February 18, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 907 (2015)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

In the Matter of MELANIE K. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DOLORES F., Appellant. (Proceeding No. 1.)

In the Matter of DORIANA F. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DOLORES F., Appellant. (Proceeding No. 2.)

Submitted December 14, 2015; decided February 18, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

Judge GARCIA taking no part.